John J. Talton, Chapter 13 Trustee                              Check No. 824133

Pay to: CLERK  Clerk of the Court
    Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 08-10052 | 034-0 | TYNA G. O'PRY | | 1,623.76 | 545.28 | 0.00 | 545.28 |
| | | Original Check written to: | | | | | |
| | | LLP MORTGAGE | | | | | |
| | | C/O MGC MORTGAGE INC | | | | | |
| | | 15770 DALLAS PARKWAY LOCK BOX 62 | | | | | |
| | | DALLAS, TX  75248- | | | | | |